IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TRICIA MEZZACAPPA | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| NORTHAMPTON COUNTY DISTRICT ATTORNEY, ET AL. | : | NO. 22-1280 |

## ORDER

**AND NOW**, this 30th day of January, 2025, upon careful and independent consideration of the Petition for a Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254 (Docket No. 1), the Amended Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 (Docket No. 9), and Respondent's Answer to the Amended Petition, and after review of the Report and Recommendation of United States Magistrate Judge Elizabeth T. Hey (Docket No. 19), to which no objections have been filed, **IT IS HEREBY ORDERED** that:

1. The Report and Recommendation of Magistrate Judge Hey is **APPROVED** and **ADOPTED**.

2. The Amended Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 is **DENIED**.

3. As Petitioner has failed to make a substantial showing of the denial of a constitutional right or demonstrated that a reasonable jurist would debate the correctness of this ruling, the Court declines to issue a certificate of appealability pursuant to 28 U.S.C. § 2253(c)(2).

4. The Clerk is directed to **CLOSE** Civil Action No. 22-1280.

BY THE COURT:
/s/ John R. Padova, J.

_____
JOHN R. PADOVA, J.